B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio

In re Kyle J. Cook / Diana L. Cook,    Case No. 1:19-bk-12966

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Home Point Financial Corporation
Name of Transferee

Home Point Financial Corporation
Name of Transferor

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
9726 Old Bailes Road
Fort Mill, SC 29707

Phone: 855.998.3056
Last Four Digits of Acct #: 1974

Court Claim # (if known): 13-1
Amount of Claim: $152,687.31
Date Claim Filed: 10/16/2019

Phone:
Last Four Digits of Acct. #: 8496

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation
9726 Old Bailes Road
Fort Mill, SC 29707

Phone: 855.998.3056
Last Four Digits of Acct #: 1974

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons    Date: 07/26/2022
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.